IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID HUGH BALES, #178239, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:16-CV-714-WKW |
| | )                    [WO] |
| CORIZON MEDICAL | ) |
| SERVICES, INC., and JEAN | ) |
| DARBOUZE, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge. (Doc. # 8.) There being no timely objection filed to the Recommendation, and based on a review of the record, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 8) is ADOPTED;

2. Plaintiff's claims are DISMISSED with prejudice under 28 U.S.C. § 1915(e)(2)(B)(i) as barred by the statute of limitations; and

3. To the extent Plaintiff's claims are not time-barred, his claims against Defendant Corizon Medical Services are DISMISSED without prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii).

A final judgment will be entered separately.

DONE this 28th day of February, 2017.

                                          /s/ W. Keith Watkins
                              CHIEF UNITED STATES DISTRICT JUDGE